IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JOSHUA M.,**

       **Petitioner,**

v.                                                                    Civil Action No. 3:19cv770

**WILLIAM BARR,** *in his official capacity*
*as the Attorney General of the United States;*
**KEVIN MCALEENAN,** *in his official capacity*
*as Acting Secretary for the United States*
*Department of Homeland Security;*
**KENNETH CUCCINELLI,** *in his capacity as*
*Purported Acting Director for United States*
*Citizenship and Immigration Services,*

       **Respondents.**

## ORDER

This matter comes before the Court on the Parties' Joint Status Update. (ECF No. 60.) The Parties aver that they are "engaged in settlement negotiations that would dispose of the issues presently before the Court." (Joint Status Update 1, ECF No. 60.) The Parties further request the opportunity to brief "what effect the Supreme Court's decision in *Department of Homeland Sec[urity] v. Thuraissigiam*, 140 S. Ct. 1959 (2020) has on the Court's jurisdiction over this case" before proceeding to the merits of this action. (*Id.* 1–2.) The Parties therefore ask the Court to proceed with bifurcated briefing, first addressing jurisdictional issues and then the merits of this case. (*Id.*)

As explained in the Memorandum Opinion issued February 20, 2020, (ECF No. 47), and based on the Parties' agreement, (ECF Nos. 52, 60), the Court CONTINUES the STAY of Petitioner's removal.

The Court ORDERS the Parties to submit their bifurcated briefing schedule no later than October 16, 2020.

It is SO ORDERED.

/s/
_____
M. Hannah Lauck
United States District Judge

Date: October 6, 2020
Richmond, Virginia