UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSHUA M., )
 )
      Petitioner, )
v. ) Civil No. 3:19cv770-MHL
 )
MERRICK V. GARLAND,[1] et al., )
 )
      Respondents. )
 )

## ORDER

This matter is before the Court on the parties Joint Statement regarding Status and Motion to Hold Briefing in Abeyance.

Upon due consideration, the Motion is GRANTED. It is hereby ORDERED that.

1. The current briefing schedule on Respondent's Motion for Judgment on the Pleadings will be held in abeyance for a period of 60 days; and

2. The parties shall promptly notify the Court of any changes to Petitioner's immigration status in the interim.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: June 28, 2021
Richmond, VA

/s/ M. Hannah Lauck
United States District Judge
M. Hannah Lauck
United States District Judge

---

[1] Attorney General Garland is automatically substituted as a party to this case pursuant to Federal Rule of Civil Procedure 25(d).